# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Go, Marilyn D. | Eastern District of New York | 12/28/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, part-time (ad hoc recall) | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>10/17/2018 |

**7. Chambers or Office Address**

U.S. Court House, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | to 10/2018 | Self-employed lawyer in private practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 12/28/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 12/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CMA at Citibank, N.A. | A | Interest | K | T | | | | | |
| 2. Marathan Petroleum (merger/acquisition with Andeavor) (common stock) | C | Dividend | M | T | | | | | see note 1, Section VIII |
| 3. Brokerage Account #1 (IRA - stock) | | | | | | | | | |
| 4. Bristol Myers Squibb Co. (common shares in IRA) | A | Dividend | J | T | | | | | |
| 5. ChevronTexaco Corp. (common stock in IRA) | A | Dividend | K | T | | | | | |
| 6. Exxon Mobil Corp. (common stock in IRA) | A | Dividend | K | T | | | | | |
| 7. Frontier Communications Corp. (common stock) | A | Dividend | J | T | | | | | |
| 8. Hawaiian Electric Industries Inc. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 9. Hewlett Packard Enterprise (common stock in IRA) | A | Dividend | J | T | | | | | |
| 10. HP Inc. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 11. Microsoft (common stock in IRA) | A | Dividend | L | T | | | | | |
| 12. Raytheon (common stock in IRA) | A | Dividend | K | T | | | | | |
| 13. Verizon Communications (common stock in IRA) | A | Dividend | J | T | | | | | |
| 14. Morgan Stanley Private Bank Deposit Prog (for uninvested funds in IRA) | A | Interest | K | T | | | | | |
| 15. New Combined Account (previously Brokerage Acct. #2 and #3 | | | | | | | | | |
| 16. Alliancebernstein Holding L.P. (common stock) | A | Distribution | | | Sold | 09/04/18 | J | A | |
| 17. AT&T (common stock) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Becton Dickeinson & Co. (common stock) | A | Dividend | K | T | | | | | |
| 19. Blackstone Group LP (common stock) | B | Int./Div. | | | Sold | 06/28/18 | J | A | |
| 20. Boeing (common stock) | C | Dividend | M | T | | | | | |
| 21. Bristol Myers Squibb Co. (common stock) | C | Dividend | K | T | | | | | |
| 22. Chevron Corp. (common stock) | D | Dividend | M | T | | | | | |
| 23. Church & Dwight Co Inc. (common stock) | A | Dividend | | | Sold | 06/28/18 | K | D | |
| 24. Exxon Mobil Corp. (common stock) | C | Dividend | N | T | | | | | |
| 25. Glaxosmithkline PLC ADR (common stock) | A | Dividend | K | T | | | | | |
| 26. Hawaiian Electric Indusctries, Inc. (common stock) | B | Dividend | M | T | | | | | |
| 27. Intel (common stock) | A | Dividend | K | T | | | | | |
| 28. KKR & Co LP (common stock) | A | Dividend | | | Sold | 09/04/18 | J | B | |
| 29. Lockheed Martin Corp. (common stock) | A | Dividend | K | T | | | | | |
| 30. Lyondellbasell NV Cl-A(common stock) | A | Distribution | | | Sold | 06/28/18 | K | C | |
| 31. Merck & Co. Inc. New (common stock) | B | Dividend | L | T | | | | | |
| 32. Pepsico Inc NC (common stock) | A | Dividend | | | Sold | 09/04/18 | K | C | |
| 33. Pfizer Inc. (common stock) | D | Dividend | M | T | | | | | |
| 34. PPG Inductries Inc. (common stock) | C | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prairiesky Rty Ltd (PREKF) | A | Int./Div. | | | Sold | 09/04/18 | J | A | |
| 36. Quality Care Properties Inc. (OCP) | A | Int./Div. | | | Sold | 07/27/18 | J | A | |
| 37. Unilever NV NY Sh New (common stock in IRA) | A | Dividend | K | T | | | | | |
| 38. Verizon Communications (common stock in IRA) | C | Dividend | L | T | | | | | |
| 39. Walt Disney Co Holdg Co (common stock in IRA) | A | Dividend | K | T | | | | | |
| 40. Wells Fargo & Co. New (common stock in IRA) | C | Dividend | M | T | | | | | |
| 41. Morgan Stanley Bank Deposit Prog (for uninvested fds in KEOGH) | A | Int./Div. | J | T | | | | | |
| 42. Apple Inc. (common stock) | A | Dividend | K | T | | | | | |
| 43. American Electric Power Co., Inc. (common stock) | C | Dividend | M | T | | | | | |
| 44. Canadian Natural Resources Ltd. (common stock) | A | Dividend | J | T | | | | | |
| 45. Chubb Corp. (common stock in KEOGH) | C | Dividend | M | T | | | | | |
| 46. Conoco Phillips (common stock in KEOGH) | B | Dividend | L | T | | | | | |
| 47. Con Edison Inc. (common stock) | B | Dividend | K | T | | | | | |
| 48. Enterprise Products Prtnrs LP (EPD) | C | Int./Div. | K | T | | | | | |
| 49. HCP Inc. (New) (commonc stock) | B | Dividend | | | Sold | 06/28/18 | K | A | |
| 50. J.P. Morgan Chase & Co. (common stock) | C | Dividend | M | T | | | | | |
| 51. Johnson & Johnson (stock) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 12/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. McDonalds Corp. (common stock) | C | Dividend | M | T | | | | | |
| 53. Nextera Energy (common stock in KEOGH) | D | Dividend | N | T | | | | | |
| 54. Oracle (common stock in KEOGH) | A | Dividend | K | T | | | | | |
| 55. Royal Dutch PTLM (NY registrty shares in KEOGH) | C | Dividend | L | T | | | | | |
| 56. Schlumberger Ltd. (stock in KEOGH) | C | Dividend | L | T | | | | | |
| 57. Transocean Ltd (RIG) | | None | | | Sold | 06/28/18 | J | A | |
| 58. Welltower Inc. (common stock in KEOGH) | C | Dividend | L | T | | | | | |
| 59. PDR Servs. LLC: SPDR Dow Jones Indl Avg ETF (equity portfol) | B | Int./Div. | M | T | | | | | |
| 60. Barclays Glob Fd Advisrs: IShares TR Dow Jones Sel Div Ind | C | Int./Div. | M | T | | | | | |
| 61. Barclays Global Fd Advisrs: ISharesRussell 2000 Index Fd | B | Int./Div. | M | T | | | | | |
| 62. PDR Services LLC: SPDR S&P ETF Trust (equity portfolio) | B | Int./Div. | M | T | | | | | |
| 63. Bridge Debt II International Funds | E | Distribution | M | U | Buy (add'l) | 02/27/18 | K | | See note 2, Part VIII |
| 64. Bridge Office I International Funds | E | Distribution | M | U | Buy | 07/12/18 | M | | See note 3, Part VIII |
| 65. End of New Combined Account | | | | | | | | | |
| 66. Nanox Imaging Ltd. | | None | M | U | | | | | See note 4, Pt. VIII |
| 67. Stone Israventures LLC | | None | N | U | | | | | |
| 68. Softbank Technology Ventures, L.P. (limited ptnership int.) | | None | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 12/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. rental income from unit in Kings County, New York | F | Rent | N | U | | | | | |
| 70. Brokerage Account #4 (IRA mutual funds) | | | | | | | | | |
| 71. American Funds: American Fds Growth Fund of America (IRA) | A | Int./Div. | M | T | | | | | |
| 72. American Funds: American Fds Growth Fund of America (IRA) | A | Int./Div. | M | T | | | | | |
| 73. Blackrock Inc.: Blackrock Equity Dividend Fund | A | Int./Div. | M | T | | | | | |
| 74. Columbia Management Funds: Columbia Acorn Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 75. Federated Funds: Federated Kaufman Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 76. First Eagle Funds: First Eagle Global Fund Class A (IRA) | A | Int./Div. | M | T | | | | | |
| 77. Loomis Sayles Funds: Loomis Sayles Bd Fd Class Retail (IRA) | A | Int./Div. | M | T | | | | | |
| 78. MFS: MFS Bond Fund A (IRA) | A | Int./Div. | K | T | | | | | |
| 79. MFS: MFS Research Fund Class A (IRA) | A | Int./Div. | M | T | | | | | |
| 80. Parnassus Investments: Parnasus Equity Income Fund | A | Int./Div. | M | T | | | | | |
| 81. Pimco Funds: Pimco Real Return Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 82. Royce Special Equity Fund (IRA) | A | Int./Div. | K | T | | | | | |
| 83. Victory Capital Management Inc.: Victory Estab. Value Fund | A | Int./Div. | K | T | | | | | |
| 84. Virtus Funds: Virtus Multi-sector Short Term Bond Fun (IRA) | A | Dividend | K | T | | | | | |
| 85. end of Account #4 | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Account #5 (closed 2016) | | | | | | | | | |
| 87. Account #6 (college fund) | | | | | | | | | |
| 88. American Funds : AMCAP FUND A (college trust fund) | A | Int./Div. | K | T | Sold (part) | 07/05/18 | J | B | See note 5, Part VIII |
| 89. American Funds : AMCAP FUND CLASS 529C (college trust fund) | | None | | | Merged (with line 88) | 01/15/18 | J | | See note 5& 6, Part VIII |
| 90. American Funds : American Mutual Fund Class 529C | A | Int./Div. | J | T | Sold (part) | 07/05/18 | J | A | See note 5, Part VIII |
| 91. American Funds: Capital World Growth & Income WGI A | | None | K | T | Sold (part) | 07/05/18 | J | B | See note 5, Part VIII |
| 92. American Funds: Cap Wrld Grwth & Inc (coll trust fd) | | None | | | Merged (with line 91) | 01/15/18 | J | | See note 5 & 6, Part VIII |
| 93. American Funds : EuroPac Growth Fund of America Class 529C | A | Int./Div. | J | T | Sold (part) | 07/05/18 | J | A | See note 5, Part VIII |
| 94. American Funds: Washington Mutual Investors WMIF A | A | Int./Div. | K | T | Sold (part) | 07/05/18 | J | A | See note 5, Part VIII |
| 95. American Funds: Washington Mut Investrs Fd (college tr fd) | | None | | | Merged (with line 94) | 01/15/18 | J | | See note 5 & 6, Part VIII |
| 96. American Funds: The Income Fd of Amer - IFA A (college tr fd) | A | Int./Div. | J | T | Sold (part) | 07/05/18 | J | A | See note 5, Part VIII |
| 97. American Funds: Income Fund of America IFA C | | None | | | Merged (with line 96) | 01/15/18 | J | | See note 5 & 6, Part VIII |
| 98. American Funds: Bond Fund of America BFA A | A | Int./Div. | J | T | Sold (part) | 07/05/18 | J | A | See note 5, Part VIII |
| 99. American Funds: The Bond Fund of Amer (college tr fd) | A | Dividend | J | T | Sold (part) | 07/05/18 | J | A | See note 5, Part VIII |
| 100. American Fds: Grwth Fd of Amer cl 529c (collge trust fd) | A | Int./Div. | J | T | Sold (part) | 07/05/18 | J | B | See note 5, Part VIII |
| 101. Account # 7 | | | | | | | | | |
| 102. American Century Inv. : Centuury Heritage Funds | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 12/28/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. American Funds: Growth Fund of America Class F | A | Int./Div. | J | T | | | | | |
| 104. Dreyfus: Dreyfus Small Company Value Fund | A | Int./Div. | J | T | | | | | |
| 105. First Eagle: FE Overseas Funds | A | Int./Div. | J | T | | | | | |
| 106. Franklin Templeton Investments: FT Mut Glob Discv Fd Cl A | A | Int./Div. | J | T | | | | | |
| 107. GAMCO Investors: Gabelli Equity Inv. Fund Cl A | A | Int./Div. | J | T | | | | | |
| 108. MFS: MFS Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 109. Oppenheimer Funds: Oppenheimer Dev Mrkts Fd Cl A | A | Int./Div. | J | T | | | | | |
| 110. Royce: Royce Special Equity Fund | A | Int./Div. | J | T | | | | | |
| 111. Virtus Funds: Virtus Contrarian Val Fund Cl 1 | A | Int./Div. | J | T | | | | | |
| 112. Virtus Funds: Virtus Multi-Sector Short Term Bd Fund Cl | A | Int./Div. | J | T | | | | | |
| 113. WellsFargo: WF Ad vantage Growth Fund | A | Int./Div. | J | T | | | | | |
| 114. Baring Global Credit Inc Opp Fund Class A, formerly Babson Gl Cred IOF | A | Int./Div. | J | T | | | | | |
| 115. Baring Global Floating Rate Fund Class A, formerly Babson Glob Fl Rt | A | Int./Div. | J | T | | | | | |
| 116. John Hancock: John Hancock NY Tax Exmpt Fd Cl A | | None | J | T | | | | | |
| 117. JP MorganStrategic Inc. Fund | A | Int./Div. | K | T | | | | | |
| 118. Loomis Sayles Strategic Income Fund Class A | A | Int./Div. | J | T | | | | | |
| 119. Lord Abbett Total Return Fund Class A | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 12/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pimco Funds: Pimco Real Return Fd Cl A | | None | J | T | | | | | |
| 121. BlackRock Funds: Blackrock Glob Alloctn Fd Inc A | A | Dividend | J | T | | | | | |
| 122. Yacktman Asset Mgt: Yacktman Fund Service | A | Int./Div. | J | T | | | | | |
| 123. UBS Bank USA Deposit Acct (for uninvested funds) | A | Int./Div. | K | T | | | | | |
| 124. end of account #7 | | | | | | | | | |
| 125. Chase Bank accounts | A | Interest | K | T | | | | | |
| 126. Account # 8 (retirement fund) | | | | | | | | | |
| 127. Guggenheim Investments: Guggenheim Macro Opportunities Fund I | B | Int./Div. | L | T | | | | | |
| 128. Vanguard Group, Inc.: Vanguard 500 Index Fund Admiral Series | D | Int./Div. | N | T | | | | | |
| 129. end of account #8 | | | | | | | | | |
| 130. PowerMat Ltd | | None | M | U | | | | | |
| 131. Wellsense, Inc., formerly Enhanced Surface Dynamics Inc. | | None | M | U | Buy (add'l) | 09/19/18 | L | | See note 6, Part VIII |
| 132. Account #9 (Roth IRA I) | | | | | | | | | |
| 133. SPDR S&P 500 ETF (SPY) in Morgan Stanley Roth IRA | A | Int./Div. | J | T | | | | | |
| 134. Morgan Stanley Bank, N.A. | A | Interest | J | T | | | | | |
| 135. end of account #9 | | | | | | | | | |
| 136. Ad Hoc Investors LLC | | None | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 12/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Account #10 (Roth IRA II) | | | | | | | | | |
| 138. SPDR S&P 500 ETF (SPY) in Morgan Stanley Roth IRA | A | Int./Div. | J | T | | | | | |
| 139. Morgan Stanley Bank, N.A. | A | Interest | J | T | | | | | |
| 140. end of account #10 | | | | | | | | | |
| 141. Mt. Auburn IsraVet L.L.C. | | None | L | U | | | | | |
| 142. Espro Information Technology | | None | L | U | | | | | |
| 143. QinFlo a/k/a Quality in Flo | | None | K | U | Buy | 08/07/18 | K | | private placement |
| 144. Blu Box | | None | K | U | Buy | 09/18/18 | K | | private placement |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 12/28/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 2. In April 2018, Marathon Petroleum Corp. entered into a merger agreement with Andeavor to acquire all of Andeavor's outstanding shares and completed acquisition of the shares betweem 10/4/2018 and 10/10/2018.

2. Part VII, line 63 (Bridge Debt II International Funds). I have corrected the name of the fund to Bridge Debt II International Funds. An additional capital call in 2018 was made on 2/27/2017, as reported. The amount reported for distributions reflect the aggregate amount of three distributions of income made in 2018 through 10/17/2018.

3. Part VII, line 64 (Bridge Office I International Funds). The Bridge Office International Funds is a real estate investment partnership run by Bridge Investment Group Funds. A second capital call was made on 9/14/2018, in addition to the call reported as a purchase on 7/12/2018. The amounts reported reflect the aggregate amount of the two capital calls made in 2018 through 10/17/2018, and as well as the aggregate amount of two distributions of income.

4. Part VII, line 66 (Nanox Imaging Ltd.) As previously reported, interests in Nanox are held in three separate brokerage accounts, two of which are for separate trusts. The amount reported is for the combined value of the investments based on the amount of the investment.

5. Part VII, lines 88-100. These are mutual funds held in a college savings plan administered by American Funds. In July 2017, there were partial sales of each of these funds pro rata of approximately $28,000 in the aggregate. The reported amount is the value of the sales and gains for each fund. All of the individual sale transactions involved amounts within value code "J." The gains were determined based on the total contributions made at the time of sale, rather than on a FIFO method, because the contributions into the funds have been made over an extended period of time.

6. Part VII, lines 89, 92, 95, 97. As discussed in the report of 5/30/2018, these mutual funds held in a college savings plan are Class C funds which, pursuant to a policy of American Funds, automatically convert into Class A funds before their 10th anniversary. These four funds converted into class A funds in January 2018. I have categorized the conversion of all of these Class C to Class A funds as having been merged into the corresponding Class A funds reported on lines 88, 91, 94 and 96, respectively.

7. Part VII, line 131. (Wellsense, Inc.) As previously reported, interests are held in three separate brokerage accounts, two of which are for separate trusts. The amounts reported are for the combined values of the investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Marilyn D. Go**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544